AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BRAMLETTE, DAVID C. | U. S. DISTRICT COURT - SOUTHERN DISTRICT OF MISSISSIPPI | 05/16/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ARTICLE III SENIOR STATUS | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| POST OFFICE BOX 928<br>NATCHEZ, MS 39121 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE EMERITUS | MISSISSIPPI NATURE CONSERVANCY |
| 2. MEMBER BOARD OF TRUSTEES | NATCHEZ LITERARY CELEBRATION |
| 3. BOARD OF DIRECTORS | BOB R. JONES IDLEWILD WILDLIFE RESEARCH INSTITUTE |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 05/16/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BRAMLETTE, DAVID C.** | 05/16/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Home Bank | Real Estate Loan | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 05/16/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 50% interest in rental account-Regions Bank | A | Rent | J | T | | | | | |
| 2. 50% interest in account, rental property-Regions Bank | A | Rent | J | T | | | | | |
| 3. 25% interest in farm acct. -Regions Bank | A | Rent | J | T | | | | | |
| 4. 25% interest in estate acct.-Regions Bank | E | Rent | J | T | | | | | |
| 5. Entergy | B | Dividend | K | T | | | | | |
| 6. GW Utilities, Ltd. | B | Dividend | | | Redeemed | 2016 | J | | |
| 7. CSX | B | Dividend | J | T | | | | | |
| 8. Abitibi-Price, Inc. | A | Dividend | J | T | Redeemed | 2016 | J | | |
| 9. Highland Corp. | C | Dividend | J | T | | | | | |
| 10. Highpoint Corp. | A | Dividend | J | T | | | | | |
| 11. Charles Schwab Investment Account: | | | | | | | | | |
| 12. - Arkansas Power & Light | B | Dividend | J | T | | | | | |
| 13. -Cash and Equivalents: | | | | | | | | | |
| 14. -CMA Money Fund | A | Interest | K | T | | | | | |
| 15. -CMA Govt. Securities Fund | B | Interest | L | T | | | | | |
| 16. -Schwab Govt. Money Fund | A | Dividend | K | T | | | | | |
| 17. - Mutual Funds | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 05/16/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. TS&W Equity Portfolio | A | Dividend | L | T | | | | | |
| 19. Transamerica TS&W | A | Dividend | J | T | | | | | |
| 20. -Municipal Bonds | | | | | | | | | |
| 21. -MS Dev. 3.75%Due 6/01/19 | A | Interest | K | T | | | | | |
| 22. -New Albany MS Schl 4%18 Due 6/01/18 | A | Interest | K | T | | | | | |
| 23. Oxford MS Sch Dist 4% Due 4/1/21 | A | Interest | K | T | | | | | |
| 24. Desoto Cnty. Miss. 3.75%23 GO UTY Due 11/1/23 | A | Interest | K | T | | | | | |
| 25. Lauderdale Cnty MIS 2%19 Due 4/1/19 | A | Interest | K | T | | | | | |
| 26. MS ST 5%22 GO Due 11/1/22 | A | Interest | K | T | | | | | |
| 27. SM EDL BLDG CORP 3%18 Due 3/1/18 | A | Interest | K | T | | | | | |
| 28. Miss ST UNIV 3.22% EDUC IMPT Due 8/1/22 | A | Interest | K | T | | | | | |
| 29. City of Vicksburg 3.18% DB UTX 9/1/18 | A | Interest | K | T | | | | | |
| 30. West Rankin Miss UT 3.20% UTIL Due 12/1/20 | A | Interest | K | T | | | | | |
| 31. Entergy ARKAN | A | Dividend | J | T | | | | | |
| 32. PROPERTY #1 | | | | | | | | | |
| 33. 1/4 int. in 2050 ac., Wilkinson Co., MS 10/8/84 - $250,000 | D | Rent | N | R | | | | | |
| 34. PROPERTY #2: | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,000 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 05/16/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. 1/20 int. Adams Co., MS 8/86 - $23,000 | C | Distribution | K | R | | | | | |
| 36. Addt'l. 1/7 x1/18th int. in Adams Co. MS 10/22/13 - $31,452, 14 | A | Distribution | K | R | | | | | |
| 37. PROPERTY #3: | | | | | | | | | |
| 38. Adams County, MS - 6/82 - $5,000 | | None | J | R | | | | | |
| 39. -Additional int. Adams Co., MS - 4/98 - $8,098 | | None | J | R | | | | | |
| 40. -Additional int. Adams County, MS - 4/98 - $12,500 | | None | K | R | | | | | |
| 41. -Additional acres Adams County, MS - 8/99 - $16,895 | | None | K | R | | | | | |
| 42. -Additional acres Adams County, MS 292,809 | | None | N | R | | | | | |
| 43. PROPERTY #4: | | | | | | | | | |
| 44. Wilkinson County, MS - 10/87 - $60,000 | | Rent | M | R | | | | | |
| 45. -Additional int. Wilkinson County, MS - 2/99 - $20,000 | | None | K | R | | | | | |
| 46. PROPERTY #5: | | | | | | | | | |
| 47. Wilkinson County, MS - 1976 - $65,000 | B | Rent | L | R | | | | | |
| 48. PROPERTY #6: | | | | | | | | | |
| 49. Wilkinson County, MS - 1984 - $25,000 | D | Rent | K | R | | | | | |
| 50. PROPERTY #7: | | | | | | | | | |
| 51. Two lots and residence Woodville, MS - 1984 -$40,000 | E | Rent | M | R | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 05/16/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | PROPERTY #8: | | | | | | | | | |
| 53. | Commericial Row Woodville, MS - 1984 - $12,000 | C | Rent | J | R | | | | | |
| 54. | PROPERTY #9: | | | | | | | | | |
| 55. | Partnership int. Valley Farms, MS - 1980 - $200,000 | C | Distribution | M | R | | | | | |
| 56. | PROPERTY #10: | | | | | | | | | |
| 57. | Wilkinson County, MS - 1980 - $1,500 | | None | J | R | | | | | |
| 58. | PROPERTY #11: | | | | | | | | | |
| 59. | 1/4 int. Wilkinson County, MS - 1984 - $18,000 - Mineral Lease | | None | K | R | | | | | |
| 60. | PROPERTY #12: | | | | | | | | | |
| 61. | 25 acres Wilkinson County, MS - 1984 - $13,500 | | None | J | R | | | | | |
| 62. | PROPERTY #13: | | | | | | | | | |
| 63. | Noxubee Co., MS - 1983 - $30,000 | C | Distribution | M | R | | | | | |
| 64. | PROPERTY #14: | | | | | | | | | |
| 65. | 287 acres, Lamar Co., AL - 1983 - $10,000 | | None | L | R | | | | | |
| 66. | PROPERTY #15: | | | | | | | | | |
| 67. | Pickens County, AL - 1983 - $12,000 | A | Royalty | J | R | | | | | |
| 68. | PROPERTY #16: | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 05/16/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. 3/6th int. Concordia Parish, LA - 2/92 - $35,000 | C | Rent | O | R | Sold | 2012 | M | | See Exp. in Article VIII |
| 70. PROPERTY #17: | | | | | | | | | |
| 71. Wilkinson County, MS - 3/92 - $50,000 | | None | N | R | | | | | |
| 72. -Additional int. Wilkinson County, MS - | C | Distribution | N | R | | | | | |
| 73. OG&M #1: | | | | | | | | | |
| 74. Non-producing OG&M in following counties: | | | | | | | | | |
| 75. -Noxubee County, MS | A | Royalty | J | W | | | | | |
| 76. -Pickens County, AL | A | Royalty | J | W | | | | | |
| 77. -Tensas Parish, LA | A | Royalty | J | W | | | | | |
| 78. -Concordia Parish, LA | A | Royalty | J | W | | | | | |
| 79. -Adams Co., Ms | A | Royalty | J | W | | | | | |
| 80. -Wilkinson County, MS | D | Royalty | J | W | | | | | |
| 81. OG&M #2: | | | | | | | | | |
| 82. Producing minerals Lamar Co., AL - Moon -Hines Well | A | Royalty | J | W | | | | | |
| 83. OG&M #3: | | | | | | | | | |
| 84. Non producing minerals Jefferson County, MS | | None | J | W | | | | | |
| 85. OG&M #4: | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 05/16/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | Producing minerals Wilkinson County, MS - Plains Marketing | C | Royalty | J | W | | | | | |
| 87. | OG&M #5: | | | | | | | | | |
| 88. | Non producing minerals Wilkinson County, MS | | None | J | W | | | | | |
| 89. | OG&M #6: | | | | | | | | | |
| 90. | Non producing minerals Amite Co., MS | | None | J | W | | | | | |
| 91. | OG&M #7: | | | | | | | | | |
| 92. | Non producing minerals Wilkinson County, MS | | None | J | W | | | | | |
| 93. | OG&M #8: | | | | | | | | | |
| 94. | Non producing minerals ANCOA-Parker 1-3 & SCBR1 | | None | J | W | | | | | |
| 95. | OG&M #9: | | | | | | | | | |
| 96. | Non producing minerals Wilkinson County, MS | | None | J | W | | | | | |
| 97. | OG&M #10: | | | | | | | | | |
| 98. | Non Producing minerals Wilkinson Co., MS | | None | J | W | | | | | |
| 99. | OG&M #11: | | | | | | | | | |
| 100. | Non producing minerals Ogden Unit Wells 2 , 3 & 4 | | None | K | W | | | | | |
| 101. | OG&M #12: | | | | | | | | | |
| 102. | Non producing minerals -Freedom Field Wilkinson County, MS | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. OG&M #13: | | | | | | | | | |
| 104. Concordia Parish, LA McGowan Working Ptnrs. | A | Royalty | J | W | | | | | |
| 105. PROPERTY #18: | | | | | | | | | |
| 106. Undivided 30 net acres int. in Wilkinson County, MS | | None | J | W | | | | | |
| 107. OG&M #14: | | | | | | | | | |
| 108. Non producing minerals Oxy-Well, Wilkinson County, MS | | None | J | W | | | | | |
| 109. PROPERTY #19: | | | | | | | | | |
| 110. Int. in So. Canal Street Ptrnshp - 1993 - $50,000 | D | Rent | K | R | | 12/16 | M | | See Expl Article VIII |
| 111. PROPERTY #20: | | | | | | | | | |
| 112. 3,171.31 acres in Wilkinson County, MS - 9/94 - $1,600,00 | D | Rent | P1 | R | | | | | |
| 113. PROPERTY #21: | | | | | | | | | |
| 114. Lot in Wilkinson County, MS - 10/94 - $16,000 | | None | J | R | | | | | |
| 115. - Lot in Wilkinson County, MS - 9/00 - $17,000 | | None | K | R | | | | | |
| 116. U. S. Govt. bonds | | None | K | T | Redeemed | 2/16 | J | | |
| 117. 50% int. in Geoghegan Properties, Inc. LP | D | Dividend | P1 | T | | | | | |
| 118. 50% int. in S.C.G. Properties, Woodville, MS | C | Rent | L | T | | | | | |
| 119. Partnership int. in Walters Group, Ltd. | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 05/16/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Interest in Hard Times, Inc. | E | Distribution | M | T | | | | | |
| 121.  PROPERTY #22: | | | | | | | | | |
| 122.  2/5 Int. in property Wilkinson County, MS - 9/97 - $88,000 | E | None | M | R | | | | | |
| 123.  PROPERTY #23: | | | | | | | | | |
| 124.  360 acres Wilkinson County, MS - 11/98 and 3/01 - $300,000 | G | Royalty | N | R | | | | | |
| 125.  Regions Bank money market account (now at Home Bank) | A | Dividend | K | T | | | | | Explanation Article VIII |
| 126.  PROPERTY #24: | | | | | | | | | |
| 127.  1/4 int. in 70 acres, Adams County, MS - 1970 - $5,000 | A | Rent | J | R | | | | | |
| 128.  PROPERTY #25: | | | | | | | | | |
| 129.  50% int. Wilkinson County, MS 1997 - $40,000 | A | Rent | K | R | | | | | |
| 130.  Edward Jones Cash and Money Market account | A | Dividend | K | T | | | | | Explanation Article VIII |
| 131.  PROPERTY #26: | | | | | | | | | |
| 132.  1/16th int. in Wilkinson County, MS - 12/2000 - $30,875 | | None | K | R | | | | | |
| 133.  PROPERTY #27: | | | | | | | | | |
| 134.  67 acres in Wilkinson County, MS - 3/2000 - $67,000 | | None | L | R | | | | | |
| 135.  PROPERTY #28: | | | | | | | | | |
| 136.  2/24th int. Wilkinson County, MS - 7/01 - $100,000 | | None | L | R | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 05/16/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. PROPERTY #29: | | | | | | | | | |
| 138. Undivided int. Wilkinson County, MS - 3/02 - $30,231 | | None | J | R | | | | | |
| 139. Addt'l 1/10th int. Wilkinson County, MS | | None | K | R | | | | | |
| 140. PROPERTY #30: | | | | | | | | | |
| 141. -Undivided int. in Wilkinson County, MS - 1 1/02 - $8,722 | | None | J | R | | | | | |
| 142. National Financial Services, LLC (IRA) | A | Interest | K | T | | | | | |
| 143. Britton & Koontz Bank CD - NOW "HOME BANK" | A | Interest | L | T | | | | | |
| 144. United MS Bank CD | A | Interest | L | T | | | | | |
| 145. OG&M #16: | | | | | | | | | |
| 146. Non Producing minerals Alex Ventress - Wilkinson County, MS | | None | J | W | | | | | |
| 147. PROPERTY #31: | | | | | | | | | |
| 148. 1/3 int. in 551 acres Wilkinson County, MS - 2005 - $250,000 | | None | N | R | | | | | |
| 149. Exxon Mobil | B | Dividend | K | T | | | | | |
| 150. NBC Capital Corp. (Cadence) | B | Dividend | K | T | | | | | |
| 151. Norfolk Southern Corp. | A | Dividend | J | T | | | | | |
| 152. New Investment Acct. Stocks and Funds | | | | | | | | | |
| 153. Chevron | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 05/16/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Ready Assets Fund | B | Dividend | L | T | | | | | |
| 155. Washington Mutual Inv. Fund | A | Dividend | K | T | | | | | |
| 156. Lockheed Martin Corp. | A | Dividend | J | T | Buy | 3/16 | J | | |
| 157. Pfizer Inc. | A | Dividend | J | T | Buy | 3/16 | J | | |
| 158. Procter & Gamble | A | Dividend | J | T | Buy | 3/16 | J | | |
| 159. Intel Corp. | A | Dividend | J | T | Buy | 9/16 | J | | |
| 160. Eli Lilly & Co. | A | Dividend | J | T | Buy | 11/16 | J | | |
| 161. U.S. Sec. Stripped Int. Pmt. Fixed Income | | None | J | T | | | | | |
| 162. PROPERTY #32: | | | | | | | | | |
| 163. Interest in house Woodville, MS - 2010 - $ 14,600 | | None | J | R | | | | | |
| 164. PROPERTY #33: | | | | | | | | | |
| 165. 1/3 int. 800 acres in Phillips County, AK 12/5/07 - $300,000 | D | None | N | R | | | | | |
| 166. OG&M #17: | | | | | | | | | |
| 167. Mineral production Peabody well Concord ia, LA | F | Royalty | N | W | | | | | Production ceased |
| 168. Britton & Koontz Bank CD - NOW "HOME BANK" | A | Interest | M | T | | | | | |
| 169. United MS Bank CD | A | Interest | L | T | | | | | |
| 170. PROPERTY #34: | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 05/16/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. 22% in 1700 acres, Wilkinson County, MS 10/6/10 - $509,125 | | None | O | R | | | | | |
| 172. OG&M #18: | | | | | | | | | |
| 173. Minerals Wilkinson, Jefferson County,MS Concordia Parish, LA | A | Royalty | K | W | | | | | Production ceased |
| 174. PROPERTY #35 | | | | | | | | | |
| 175. 1/3 int in Partnership in Wilkinson County MS -2/13/10 $746.053 | | None | L | R | | | | | |
| 176. OG&M #19: | | | | | | | | | |
| 177. 1/3 mineral interest in partnerhip Fort Adams, MS | | None | J | W | | | | | |
| 178. New Retirement Account: | | | | | | | | | |
| 179. Corporate Bonds: | | | | | | | | | |
| 180. - Royal Bk Scotlnd GRP LLC | A | Dividend | J | T | | | | | |
| 181. Mutual Bonds: | | | | | | | | | |
| 182. -American Washington Mutual | A | Interest | K | T | | | | | |
| 183. -Transamerica Asset | A | Interest | K | T | | | | | |
| 184. PROPERTY #36 | | | | | | | | | |
| 185. House and lot in Natchez, Adams Co., MS 6/21/06-$175,000 | | None | M | R | | | | | Gifted to individual |
| 186. OG&M #20:: | | | | | | | | | |
| 187. 1/6 int. minerals, Wilkinson County, MS | E | Royalty | K | W | | | | | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
(See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
(See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000      P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal      R =Cost (Real Estate Only)      S =Assessment      T =Cash Market
(See Column C2)      U =Book Value      V =Other      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 05/16/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Investment Account #1 Britton & Koontz Bank NOW HOME BANK | B | Interest | M | T | | | | | |
| 189. Investment Account #2 United MS Bank | B | Interest | M | T | | | | | |
| 190. OG&M #21: | | | | | | | | | |
| 191. Mineral interest on Property #1 | D | Royalty | J | W | | | | | |
| 192. PROPERTY #37: | | | | | | | | | |
| 193. Inherited 1/3 int. in property in Wilkinson County, MS - | | | | | | | | | |
| 194. 2008 - $106,000 | E | Royalty | K | W | | | | | |
| 195. Real Estate Investment Trust: | | | | | | | | | |
| 196. National Securities Corp. | B | Dividend | K | T | | | | | |
| 197. PROPERTY #38: | | | | | | | | | |
| 198. Exchanged Prop# 19 for property in Wilkinson Co. MS | | None | O | R | | | | | See Exp in Article VIII |
| 199. PROPERTY #39: | | | | | | | | | |
| 200. 1/3 int. in partnership, Franklin County, MS | | None | N | R | Buy | 2010 | | | See Exp in Art VIII |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C. | 05/16/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Line 68 - This property was sold in 2012 to the Ketchings Family and was inadvertently omitted from the FDR at that time.

Line 109 - This property (Property #19) was exchanged in a 1031 Exchange in December 2016 for Property No. 38 (Line 198)

Line 125 - This money market account was redeemed and proceeds investered in Home Bank

Line 130 - This account was redeemed and proceeds invested in Line 152 New Investment Acct Stocks and Funds

Line 198 - This property (Property #38) was acquired in a 1031 Exchange in December 2016 for Property No.19 (Line 109)

Line 200 - This property was acquired in 2010 and was inadvertently omitted from the FDR at that time

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature  s/David Bramlette

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544